IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19-CR-234 |
| vs. | MEMORANDUM AND ORDER |
| CHRISTOPHER T. ST. JOHN and RICHARD J. NASLUND, | |
| Defendants. | |

The defendants object (filing 45; filing 51) to the Magistrate Judge's findings and recommendation (filing 41) recommending that their motions to suppress (filing 25; filing 27) be denied. The Court conducted a de novo review of the defendants' motions pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis. The Court therefore finds the defendants' objections to be without merit, and will adopt the Magistrate Judge's findings and recommendation.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 41) are adopted.

2. The defendants' objections (filing 45; filing 51) are overruled.

3. The defendants' motions to suppress (filing 25; filing 27) are denied.

Dated this 16th day of March, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge